JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SAIS and KATHLEEN SAIS<br><br>Plaintiffs,<br><br>v.<br><br>ETHICON ENDO-SURGERY, INC.; ETHICON, INC.; and DOES 1-50<br><br>Defendants. | Case No. 8:21-cv-00237-CJC-JDE<br><br>[Removal from Superior Court of California, Orange County Case No. 30-2020-01129722-CU-PL-CJC]<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [11]**<br><br>Action filed: February 5, 2020<br>Trial Date: May 24, 2022 |

Plaintiffs Andrew Sais and Kathleen Sais and Defendants Ethicon Endo-Surgery, Inc. and Ethicon, Inc., by and through their respective counsel, have stipulated pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this entire action is hereby dismissed with prejudice and with each party to pay its own costs and attorney fees.

Good cause appearing, the Court **APPROVES** the Joint Stipulation. As stipulated, this action is **DISMISSED WITH PREJUDICE**, with the Parties to bear their own costs and attorney fees. The Clerk of the Court shall close the file.

**IT IS SO ORDERED**.

DATED July 1, 2021:

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE